FILED
2011 Aug-12 PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA



## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **BARBARA JACOBS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.** |
| **vs.** | ) | _____ |
| | ) | |
| **CAVALRY PORTFOLIO SERVICES,** | ) | |
| **LLC; TRANS UNION LLC; EQUIFAX** | ) | |
| **INFORMATION SERVICES, LLC; and** | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(a), Defendant Experian Information Solutions, Inc. ("Experian") hereby files its Notice of Removal of the above-captioned action to this Court and states as follows:

### A.  Introduction

1.      Experian is a named Defendant in civil action No. CV-2011-902295.00 filed in the Circuit Court of Jefferson County, Alabama (the "State Court Action").

2.      The initial Complaint in the State Court Action was filed with the Clerk of the Circuit Court on June 25, 2011.  The Complaint named Cavalry Portfolio Services, LLC ("Cavalry"), Trans Union LLC ("Trans Union"), and Equifax Information Services,

LLC ("Equifax") as defendants.  The initial Complaint did not name Experian as a defendant.

3.      The First Amended Complaint ("Complaint") in the State Court Action was filed with the Clerk of the Circuit Court on June 30, 2011.  This Complaint names Experian, Cavalry, Trans Union, and Equifax as defendants.  Experian was served with process on July 12, 2011.

4.      Cavalry and Trans Union have been dismissed with prejudice in the State Court Action.

5.      Equifax consents to this removal.  *See* Exhibit A.

6.      This Notice is being filed with this Court within thirty (30) days after Experian received a copy of Plaintiff's initial pleading setting forth the claims for relief upon which Plaintiff's action is based and is thus timely filed under 28 U.S.C. § 1446(b).

## B.  Basis for Removal

7.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

8.      Removal is proper because Plaintiff's suit involves a federal question.  *See* 28 U.S.C. §§ 1331, 1441(b); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005).  Specifically, Plaintiff's claims arise under the Fair Credit

Reporting Act, 15 U.S.C. § 1681 *et seq*. *See* Complaint at ¶¶ 59-67 (at Exhibit B).  Thus, this Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p, and this case may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

9.     Further, this Court has supplemental jurisdiction over Plaintiff's claims based on Alabama state law. *See* 28 U.S.C. § 1367.  Plaintiff also alleges claims against Experian for (1) negligent, reckless, wanton, malicious, and/or intentional conduct; and (2) negligence in hiring, supervising, and/or training. *See* Complaint at ¶¶ 76-83.  Those claims arise from the same set of operative facts relating to Plaintiff's federal claims. Accordingly, each of those claims is related to Plaintiff's federal question claims and form a part of the same case and controversy pursuant to 28 U.S.C. § 1367(a).

10.     Venue is proper in this district under 28 U.S.C. §1441(a) because the state court where the action has been pending is located in this district.

11.     In compliance with 28 U.S.C. § 1446(a), Experian attaches all of the pleadings, processes and Orders from the State Court Action (Exhibit B).

12.     Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff and to the clerk of the Court in the State Court Action, as required by 28 U.S.C. § 1446(d).

## C. Jury Demand

13.     Plaintiff demanded a jury in the State Court Action.

## D. Conclusion

14.    For these reasons, Experian asks the court to remove the action to this federal court.

Dated: August 11, 2011                    Respectfully submitted,

L. Jackson Young, Jr.
*Attorney for Experian Information Solutions, Inc.*

**OF COUNSEL:**
Ferguson Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, Alabama 35243
(205) 879-8722 – telephone
(205) 879-8831 – telecopier
Email: ljy@ffdlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of August, 2011, I caused the foregoing to be served via U.S. Mail with appropriate postage attached thereto to counsel of record.

Wesley L. Phillips (PHI053)
PHILLIPS LAW GROUP, LLC
Post Office Box 130488
Birmingham, Alabama  35213-0488
Telephone:  (205) 383-3585
Facsimile:  (800) 536-0385
wlp@wphillipslaw.com
Attorney for Plaintiff

Victoria J. Franklin-Sisson
Jones, Walker, Waechter, Poitevent,
Carrere & Dengere, L.L.P.
One Federal Place
1819 Fifth Avenue North, Suite 1100
Birmingham, Alabama 35203
Telephone:  (205) 244-5200
Facsimile:  (832) 244-5414
vsisson@joneswalker.com
Attorney for Defendant
Equifax Information Services, Inc.

L. Jackson Young, Jr.