# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BARBARA JACOBS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action Number:** |
| ) | **CV-11-RRA-2823-S** |
| **CAVALRY PORTFOLIO SERVICES,** ) | |
| **LLC; TRANS UNION LLC; EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC; and** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

This case comes before the court on the motion of the plaintiff to dismiss defendant Experian Information Solutions, Inc. with prejudice.  (Doc. 7.)  It is hereby ORDERED, ADJUDGED, and DECREED that the motion is GRANTED. Defendant Experian Information Solutions, Inc. is **DISMISSED**, with prejudice. The case is now closed.

DONE and the 26th day of October, 2011.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE